WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
tim23wilborn@gmail.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184; Fax: (503) 926-9133
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**ROBERTO PICHARDO**,                                    Case No. 6:18-cv-02220-SI

      Plaintiff,

vs.                                                                                     ORDER

**COMMISSIONER of Social Security**,

      Defendant.

Attorneys' fees in the amount of $18,966.23 are hereby awarded to Attorney Tim Wilborn pursuant to 42 U.S.C. § 406(b).  After offsetting the EAJA fees previously received in the amount of $4,703.60, Plaintiff's attorney may retain an additional fee not in excess of $14,262.63.  When issuing the § 406(b) check, the agency is directed to send to Plaintiff's attorney, Tim Wilborn, at the address above, the amount of **$13,862.63**, minus any user fee.  This fee award is based on the benefits awarded to Roberto Pichardo and his three auxiliary beneficiaries.  Those auxiliary beneficiaries were issued Notices of Award with BNC numbers 22MS276J69820-HC1, 22MS276J69820-HC2, and 22MS276J69820-HC3.

DATED this  5th  day of    July         , 2022.

_____
United States District Court Judge

Presented by:
s/ Tim Wilborn, OSB # 944644
(702) 240-0184
  Attorney for Plaintiff

ORDER - Page 1